UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN WHARTON, ROBERT FORST, SUSAN SOLIZ, JOSEPH EIGNER, JUAN ABREU, MARCUS HENDERSON, and ALICEA ROBINSON,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**EPISOURCE, LLC, CAREPLUS HEALTH PLANS, INC., SCAN HEALTH PLANS, MOLINA HEALTHCARE OF CALIFORNIA, INNOVACARE, INC., HUMANA, INC., ARCHWELL HEALTH MSO, LLC, and BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY.**<br><br>Defendants. | Case No. 2:25-cv-05330<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONSOLIDATE CASES AND SET BRIEFING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

| | |
|---|---|
| MELISSA GRIFFITH, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>EPISOURCE, LLC,<br><br>            Defendant. | Case No. 2:25-cv-05351 |
| STEVE ALTES, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>EPISOURCE, LLC,<br><br>            Defendant. | Case No. 2:25-cv-05363 |
| LAURA LOTT, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>EPISOURCE, LLC,<br><br>            Defendant. | Case No. 2:25-cv-05392 |
| ERIC LIEBAU, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>     v.<br><br>EPISOURCE, LLC,<br><br>            Defendant. | Case No. 8:25-cv-1296 |

| | |
|---|---|
| FARREECE GRIMMETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>EPISOURCE, LLC,<br><br>    Defendant. | Case No. 2:25-cv-05480 |
| AMY WYNNE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>EPISOURCE, LLC,<br><br>    Defendant. | Case No. 2:25-cv-05519 |
| HEIDI FINKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>EPISOURCE, LLC,<br><br>    Defendant. | Case No. 2:25-cv-05552 |
| COTTO ROSA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>EPISOURCE, LLC,<br><br>    Defendant. | Case No. 2:25-cv-05589 |
| LARRY THOMAS, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-05623 |

| | |
|---|---|
| Plaintiff,<br>v.<br><br>EPISOURCE, LLC,<br><br>        Defendant. | |
| LESLEY MOJADDEDI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>EPISOURCE, LLC,<br><br>        Defendant. | Case No. 2:25-cv-05649 |
| AL MCFALL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>EPISOURCE, LLC, and SHARP HEALTHCARE,<br><br>        Defendants. | Case No. 2:25-cv-05692 |
| PHOEBE BLACK, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>EPISOURCE, LLC,<br><br>        Defendant. | Case No. 2:25-cv-05779 |

| | | |
|---|---|---|
| 1 | | |
| 2 | AUDREY E. PECK, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-05781 |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | v. | |
| 6 | EPISOURCE, LLC, | |
| 7 | Defendant. | |
| 8 | | |
| 9 | MICHAEL ALCORN, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-05877 |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | EPISOURCE, LLC, | |
| 14 | Defendant. | |
| 15 | | |
| 16 | CHONITA GANTT, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-05918 |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | EPISOURCE, LLC, | |
| 20 | Defendant. | |
| 21 | FREDERICK LOWER, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-06013 |
| 22 | | |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | EPISOURCE, LLC, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

**ORDER**

Having considered the parties' Stipulated Request to Consolidate Cases and Set Briefing Schedule for Appointment of Interim Class Counsel, and good cause appearing therefor, it is hereby ordered:

1. The following actions pending in this District are consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (hereinafter, the "Consolidated Action"):

- *Stephen Wharton et al. v. Episource, LLC, et al.* Case No. 2:25-cv-05330, filed June 12, 2025;
- *Melissa Griffith v. Episource, LLC*, Case No. 2:25-cv-05351, filed June 12, 2025;
- *Steve Altes v. Episource, LLC*, Case No. 2:25-cv-05363, filed June 13, 2025;
- *Laura Lott v. Episource, LLC*, Case No. 2:25-cv-05392, filed June 13, 2025;
- *Eric Liebau v. Episource, LLC*, Case No. 8:25-cv-1296, filed June 17, 2025;
- *Farreece Grimmett v. Episource, LLC*, Case No. 2:25-cv-05480, filed June 17, 2025;
- *Amy Wynne v. Episource, LLC*, Case No. 2:25-cv-05519, filed June 17, 2025;
- *Heidi Finke v. Episource, LLC*, Case No. 2:25-cv-05552, filed June 17 2025;
- *Cotto Rosa v. Episource, LLC*, Case No. 2:25-cv-05589, filed June 19, 2025;
- *Larry Thomas v. Episource, LLC*, Case No. 2:25-cv-05623, filed June 20, 2025;
- *Lesley Mojaddedi v. Episource, LLC*, Case No. 2:25-cv-05649, filed June 20, 2025;
- *Al McFall v. Episource, LLC, et al.*, Case No. 2:25-cv-05692, filed June 23, 2025;
- *Phoebe Black v. Episource, LLC*, Case No. 2:25-cv-05779, filed June 25, 2025;
- *Audrey E. Peck v. Episource, LLC*, Case No. 2:25-cv-05781, filed June 25, 2025;
- *Michael Alcorn v. Episource, LLC,* Case No. 2:25-cv-05877, filed June 27, 2025;
- *Chonita Gantt v. Episource, LLC,* Case No. 2:25-cv-05918, filed June 30, 2025; and
- *Frederick Lower v. Episource, LLC*, Case No. 2:25-cv-06013, filed July 1, 2025.

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:25-cv-05330, the number assigned to the first-filed *Wharton* action, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Episource LLC Data Breach Litigation* | Case No. 2:25-cv-05330 |
| This Document Relates to: | **CLASS ACTION** |

3. The case file for the Consolidated Action will be maintained under the Master File Case No. 2:25-cv-05330. When a pleading is intended to apply to all of the Related Actions, the words "All Actions" shall appear immediately after "This Document Relates to:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates to:" in the caption described above.

4. The Clerk of the Court is directed to administratively close the following Related Actions:

- *Melissa Griffith v. Episource, LLC*, Case No. 2:25-cv-05351, filed June 12, 2025;
- *Steve Altes v. Episource, LLC*, Case No. 2:25-cv-05363, filed June 13, 2025;
- *Laura Lott v. Episource, LLC*, Case No. 2:25-cv-05392, filed June 13, 2025;
- *Eric Liebau v. Episource, LLC*, Case No. 8:25-cv-1296, filed June 17, 2025;
- *Farreece Grimmett v. Episource, LLC*, Case No. 2:25-cv-05480, filed June 17, 2025;
- *Amy Wynne v. Episource, LLC*, Case No. 2:25-cv-05519, filed June 17, 2025;

1
2
3
4
5
6
7
8
9
10
11
12

- *Heidi Finke v. Episource, LLC*, Case No. 2:25-cv-05552, filed June 17 2025;
- *Cotto Rosa v. Episource, LLC*, Case No. 2:25-cv-05589, filed June 19, 2025;
- *Larry Thomas v. Episource, LLC*, Case No. 2:25-cv-05623, filed June 20, 2025;
- *Lesley Mojaddedi v. Episource, LLC*, Case No. 2:25-cv-05649, filed June 20, 2025;
- *Al McFall v. Episource, LLC, et al.*, Case No. 2:25-cv-05692, filed June 23, 2025;
- *Phoebe Black v. Episource, LLC*, Case No. 2:25-cv-05779, filed June 25, 2025;
- *Audrey E. Peck v. Episource, LLC*, Case No. 2:25-cv-05781, filed June 25, 2025;
- *Michael Alcorn v. Episource, LLC,* Case No. 2:25-cv-05877, filed June 27, 2025;
- *Chonita Gantt v. Episource, LLC,* Case No. 2:25-cv-05918, filed June 30, 2025; and
- *Frederick Lower v. Episource, LLC*, Case No. 2:25-cv-06013, filed July 1, 2025.

13   5.   Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as this Consolidated Action shall be consolidated with the Consolidated Action. Any party objecting to such consolidation must file a motion requesting relief from this order within fourteen days after the action is consolidated. For the avoidance of doubt, plaintiffs in the Related Actions and Episource each reserve their right to object to or to oppose consolidation of any action other than the Related Actions.

20   6.   As soon as practicable, the parties shall notify the Court whenever a related case that should be consolidated into this action is filed in, or transferred to, this District.

22   7.   Any counsel who has filed an action in this Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than seven (7) days from the date of entry this Order. Each individual attorney's application shall not exceed five pages double-spaced; each joint application shall not exceed ten pages double-spaced. All applications shall address the factors set forth in Rule 23(g) and may attach or include a link to their firm resume(s). No responses will be permitted.

8. Within seven (7) days of the order appointing lead counsel, the parties shall meet and confer regarding additional case deadlines.

9. Defendants are relieved from responding to the individual complaints in the Related Actions, and in related actions subsequently filed, removed, or transferred into this District, until after the appointment of lead counsel and the filing of a consolidated complaint.

Dated: July 18, 2025

Stanley Blumenfeld, Jr.
United States District Judge